IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY<br>INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO. 7:19-CV-00107-DC |
| THE ODESSA FAMILY YMCA, | § § | |
| Defendant. | § | |

## ORDER GRANTING MOTION TO COMPEL

On this date came on for consideration Plaintiff's Motion to Compel Compliance with a Subpoena to Produce Documents. The Court finds that the Motion should be granted as set forth below.

IT IS, THEREFORE, ORDERED that the Motion is GRANTED and the following relief is provided to Plaintiff:

1. Mr. Rogers will confirm whether or not he has produced all non-ESI documents sought by the subpoena;

2. Mr. Rogers will provide answers to the questions set forth in Philadelphia's October 16, 2019 meet and confer letter within ten (10) days of the date of this letter; and

3. at Plaintiff's expense, Mr. Rogers will allow a forensic computer expert to search his computers, cellular telephone and voicemail for any Electronically Stored Information that may be responsive to Plaintiff's subpoena.

ORDER ENTERED this ____ day of _____, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE