IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | CIVIL ACTION NO. 7:19-cv-00107-DC |
| | § | |
| THE ODESSA FAMILY YMCA, | § | |
| | § | |
| *Defendant.* | § | |

**NOTICE OF SUBPOENA FOR PRODUCTION OF DOCUMENTS TO JOSH SHIELDS OF J.S. HELD LLC**

PLEASE TAKE NOTICE that Defendant The Odessa Family YMCA will, following service of this Notice, serve the attached Subpoena to Produce Documents to Josh Shields of J.S. Held LLC (**Exhibit A**).

Respectfully submitted,

*/s/ Christopher G. Lyster*

Christopher G. Lyster
State Bar No. 12746250
Email: chris@pulshaney.com
**PULS HANEY LYSTER, PLLC**
301 Commerce St., Suite 2900
Fort Worth, Texas 76102
Telephone: 817.338.1717
Facsimile: 817.332.1333

AND

Todd M. Hurd
State Bar No. 24025443
Email: t.hurd@texasattorneylaw.com
**TODD HURD & ASSOCIATES**
P O Box 1741
Burleson, Texas 76097
Telephone: 817.426.4529
Facsimile: 817.426.8159

**ATTORNEYS FOR THE ODESSA FAMILY YMCA**

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(b)(3), I hereby certify a true and correct copy of the foregoing document was electronically filed and e-served on this 17th day of March, 2020. Parties may access this filing through the Court's system.

Lisa M. Henderson
Lisa.henderson@clydeco.us
L. Kimberly Steele
Kimberly.steele@cludeco.us
CLYDE & CO
10440 N. Central Expressway, Suite 800
Dallas, TX 75231

*/s/ Christopher G. Lyster*
Christopher G Lyster